UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>VS.<br><br>ISAIAH ALJAVAR-MARTELL PERKINS<br><br>Defendant, | 2:12-CR-00354-LDG-CWH<br><br>MINUTES OF THE COURT<br><br>Dated:   December 12, 2012 |

PRESENT:

THE HONORABLE **LLOYD D. GEORGE, U.S. DISTRICT JUDGE**

DEPUTY CLERK:   DENISE SAAVEDRA       COURT RECORDER: JOAN QUIROS

PRESENT FOR PLAINTIFF:     PHILLIP N. SMITH, JR. & CRISTINA SILVA, AUSA

PRESENT FOR DEFENDANT:     SCOTT M. HOLPER

JURY TRIAL - DAY 1

    Proceedings begin at 9:37 a.m.   Defendant is present.  Special Agent Raymond Martinez is present as case agent.

    The Court grants Government's Motion in Limine (#29).

    42 proposed jurors enter the Courtroom at 9:46 a.m. and are sworn. Voir Dire begins. Counsel exercise peremptory challenges. 14 jurors are seated and sworn. The Court admonishes the jury.

    Proceedings recess from 11:42am-1:06pm

    Court convenes, Arguments are heard over Motion in Limine (#29). Clerk informs Court that Juror #4 is not feeling well. Juror # 4 is excused. The trial will continue with 13 jurors.

    Mr. Smith presents the Government's opening statement.

    Mr. Holper presents the Defendant's opening statement.

USA VS. PERKINS
2:12-CR-00354-LDG-CWH
December 12, 2012
Page two

      **Andy Popovsky** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government's exhibit 12 is marked and admitted. Mr. Smith passes the witness to Defense Counsel for cross examination. Mr. Holper cross examines the witness. The witness is excused.

      **Deep Goswami** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government's exhibit 5 is marked and admitted. Mr. Smith passes the witness to Defense Counsel for cross examination. Mr. Holper cross examines the witness. Following additional examination by Mr. Smith and Mr. Holper, the witness is excused.

      **Stefanie Commack** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government's exhibit 6 is marked and admitted. Mr. Smith passes the witness to Defense Counsel for cross examination. Mr. Holper cross examines the witness. Following additional examination by Mr. Smith and Mr. Holper, the witness is excused.

      **Alec Raphael** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government's exhibit 11 is marked and admitted. Mr. Smith passes the witness to Defense Counsel for cross examination. The witness is excused.

      **Raymond Chua** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government's exhibit 7 is marked and admitted. The witness is excused.

      Proceedings recess from 2:51p.m. to 3:11p.m.

      **Jennifer Guillermo** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. The witness is excused.

      **Sgt. Andy Pennucci** is sworn to testify as a witness for the Government. Ms. Silva examines the witness. Government's exhibit 4 is marked and admitted. Ms. Silva passes the witness to Defense Counsel for cross examination. Mr. Holper cross examines the witness. Following additional examination by Ms. Silva and Mr. Holper, the witness is excused.

      **Detective E. Reese** is sworn to testify as a witness for the Government. Ms. Silva examines the witness. Ms. Silva passes the witness to Defense Counsel for cross examination. Mr. Holper cross examines the witness. Following additional examination by Ms. Silva and Mr. Holper, the witness is excused.

USA VS. PERKINS
2:12-CR-00354-LDG-CWH
December 12, 2012
Page three
_____

**Officer Scott Mohler** is sworn to testify as a witness for the Government. Ms. Silva examines the witness. Government's exhibit 3 is marked and admitted. Ms. Silva passes the witness to Defense Counsel for cross examination. Mr. Holper cross examines the witness. Following additional examination by Ms. Silva and Mr. Holper, the witness is excused.

**Officer James Larosa** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Mr. Smith passes the witness to Defense Counsel for cross examination. Mr. Holper cross examines the witness. Following additional examination by Mr. Smith and Mr. Holper, the witness is excused.

     Mr. Smith informs the Court that he would like to address an issue prior to the next witness.

     The Court admonishes the jury.  **IT IS THE ORDER OF THE COURT** that this matter is continued to Thursday, December 13, 2012 at 8:00 AM.

     Proceedings recess at 4:54 PM.

                               **LANCE S. WILSON, CLERK**
                               **UNITED STATES DISTRICT COURT**

                               /s/ Denise Saavedra
                               DEPUTY CLERK