UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ISAIAH ALJAVAR-MARTELL PERKINS, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:12-cr-00354-LDG-CWH |

**ORDER CONTINUING SUPERVISED RELEASE REVOCATION HEARING**

Based upon the pending Stipulation of the parties, and good cause appearing therefore,

IT IS THEREFORE ORDERED that the Supervised Release Revocation Hearing in this matter currently scheduled for March 09, 2017, at 11:00 a.m. be vacated and continued to April 24, 2017 at 10:00 a.m. in courtroom 6B.

DATED this  8  day of March, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

Respectfully submitted by:

*/s/ Matthew Lay*
MATTHEW LAY, ESQ.
Nevada Bar No.: 012249
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Attorney for Defendant PERKINS

3