# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ISAIAH ALJAVAR-MARTELL PERKINS,<br><br>    Defendant. | Case No. 2:12-cr-00354-LDG (CWH)<br><br>**ORDER** |

    The defendant, Isaiah Aljavar-Martell Perkins, has written a letter (ECF No. 119) addressed to the Honorable Andrew P. Gordon, but with the case number "12cr-354." Accordingly, the letter has been assigned to the undersigned for review.

    On May 4, 2017, the defendant appeared before this Court pursuant to a petition to revoke his supervised release. The defendant admitted to violations 1-5 of the Petition and violation 6 of the Addendum. The Court found that the defendant had violated the terms of his supervised release. The Court then revoked the defendant's supervised release and sentenced the defendant to a term of incarceration for 18 months with no supervised release to follow.

    The defendant asserts in his letter, however, that he is serving two concurrent 18-month sentences of incarceration. He further states his belief that both sentences should

have been commenced on the same date, but that he has been advised that he will be incarcerated for a term of 1 year, 9 months, and 25 days.

A review of the docket of the District of Nevada establishes that the defendant was prosecuted in Case No 2:17-cr-129-APG (GWF), a criminal proceeding before Judge Gordon. In that matter, the defendant pled guilty on May 30, 2017. The defendant was sentenced on August 31, 2017, to a term of incarceration of 18 months to run concurrent with the sentence imposed by the undersigned in this matter.

In his letter, the defendant fails to offer any assertion that he has exhausted his administrative remedies seeking review of the Bureau of Prisons' calculation of his sentence in either this matter or in 2:17-cr-129-APG. Further, the defendant does not assert that the Bureau of Prisons incorrectly determined the commencement date of his term of incarceration for the sentence imposed by the undersigned in this matter. Neither does the defendant offer any argument or assertion that the Bureau of Prisons is calculating the term of his incarceration for the revocation of his supervised release in a manner that is inconsistent with the sentence imposed by the undersigned in this matter. Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant's Letter to the Court (ECF No. 119) is DENIED.

DATED this 5 day of December, 2017.

Lloyd D. George
United States District Judge

2